UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EDWARD J. MORGAN (#590862)

VERSUS

JAMES LEBLANC, ET AL.

CIVIL ACTION

23-107-SDD-RLB

**RULING**

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Richard L. Bourgeois, Jr. dated May 23, 2023, to which an *Objection*[3] as filed. After considering the *Objection* and conducting a *de novo* review, the Court hereby approves the *Report and Recommendation* of the Magistrate Judge for the reasons herein.

**ACCORDINGLY,**

**IT IS ORDERED** that Plaintiff's Motion to Appoint Counsel is denied as moot.

**IT IS FURTHER ORDERED** that this action is dismissed, with prejudice, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Signed in Baton Rouge, Louisiana, on this 20 day of June, 2023.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 3.
[2] Rec. Doc. 7.
[3] Rec. Doc. 3.